IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SCOOTER LYNN ROBINSON                                                    PLAINTIFF

VERSUS                                    CIVIL ACTION NO. 1:10-cv-556-HSO-JMR

DONNIE SAUCIER, PAUL FERNANDEZ,
MATTHEW CARVER, AND RUSSELL MILLER                      DEFENDANTS

CONSOLIDATED WITH

SCOOTER LYNN ROBINSON                                                    PLAINTIFF

VERSUS                                    CIVIL ACTION NO. 1:11-cv-245-HSO-JMR

JOHN DOE, EMPLOYEES OF PEARL RIVER COUNTY          DEFENDANTS
ALSO KNOWN AS PRESIDENT OF
THE BOARD OF SUPERVISORS FOR PEARL
RIVER COUNTY AND ITS EMPLOYEES,
JULIE FLOWERS, INDIVIDUALLY AND IN
OFFICIAL CAPACITY, JOE GARCIA,
INDIVIDUALLY AND IN OFFICIAL CAPACITY,
MIKE JOHNSON, INDIVIDUALLY AND IN
OFFICIAL CAPACITY, SHERMAN GASPAR,
INDIVIDUALLY AND IN OFFICIAL CAPACITY,
RETA LUMPKIN, INDIVIDUALLY AND IN
OFFICIAL CAPACITY, ROB WILLIAMS,
INDIVIDUALLY AND IN OFFICIAL CAPACITY,
DONNIE SAUCIER, INDIVIDUALLY AND IN
OFFICIAL CAPACITY, PEARL RIVER COUNTY,
ANTHONY HALES, PRESIDENT OF THE BOARD
OF SUPERVISORS FOR PEARL RIVER COUNTY

ORDER ADOPTING REPORT AND RECOMMENDATION
TO DENY PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL

        This cause comes before the Court upon the Report and Recommendation

[181] of Chief United States Magistrate Judge John M. Roper entered in this cause

on February 22, 2013.  The Magistrate Judge reviewed the pleadings on file and

determined that based on the record, Plaintiff's Motion for Appointment of Counsel

[180] should be denied.  To date, no objection to the Report and Recommendation

has been filed by Plaintiff.[1]  The Court has thoroughly reviewed the findings in the

Report and Recommendation, the record, and the positions advanced in Plaintiff's

Motion, and concludes that the Magistrate Judge properly recommended that

Plaintiff's Motion for Appointment of Counsel be denied.

Where no party has objected to a magistrate judge's report and

recommendation, the Court need not conduct a *de novo* review of it. *See* 28 U.S.C. §

636(b)(1) ("a judge of the court shall make a de novo determination of those portions

of the report or specified proposed findings and recommendations to which objection

is made.").  In such cases, the Court need only review the report and

recommendation and determine whether it is either clearly erroneous or contrary to

law.  *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Having conducted the required review, the Court finds that the Magistrate

Judge's Report and Recommendation thoroughly considered all issues, and is

neither clearly erroneous, nor contrary to law.  The Court, being fully advised in the

premises, finds that the Magistrate Judge properly recommended that Plaintiff's

Motion for Appointment of Counsel be denied.  Said Report and Recommendation

should be adopted as the opinion of this Court.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the Report and

---

[1] On February 22, 2013, a copy of the Report and Recommendation [181] was
mailed to Plaintiff Scooter Robinson, #L1529, EMCF Section 6-C, Cell 202, 10641
Highway 80 West Meridian,  MS 39307, via the United States Postal Service.  To
date, there has been no return to the Court as "undeliverable."

Recommendation [181] of Chief Magistrate Judge John M. Roper entered on

February 22, 2013, is adopted as the finding of this Court.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, Plaintiff Scooter

Robinson's Motion for Appointment of Counsel [180] filed February 19, 2013, is

**DENIED**.

**SO ORDERED AND ADJUDGED**, this the 28th day of March, 2013.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE